# THE BERKMAN LAW OFFICE, LLC

829 E 15TH STREET, BROOKLYN, NY 11230 | P 718.855.3627 F 718.855.4696 | BERKMANLAW.COM

August 9, 2023

**VIA ECF**
Hon. Eric Komitee
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East, 6G North
Brooklyn, New York 11201

    Re:   *N.W., an infant by her Mother and Natural Guardian*
           *Tunisia Giddings v. Target Corporation*
           Case No. 1:22-cv-00048-EK-TAM

Dear Judge Komitee,

    We represent Plaintiffs in the above referenced action and respectfully submit this letter pursuant to the Court's order, issued on July 31, 2023, requiring the Defendant to show cause why the amount-in-controversy requirement of diversity jurisdiction is satisfied in this case. Plaintiffs concur with and join in Defendant's assessment that the value of Plaintiffs' damages in the case exceed $75,000, as set forth in Defendant's August 2, 2023 letter to the Court.

    Accordingly, Plaintiffs agree that the matter should not be remanded.

                                            Respectfully yours,

                                            /s/ Kenneth A. Leitner

                                            Kenneth A. Leitner

KAL/tbm
cc:  All counsel via ECF