# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
1430 BROADWAY, NEW YORK, NY 10018
PHONE (212) 869-3200    FAX (212) 869-4242

aspitz@molodspitz.com
www.molodspitz.com

March 10, 2025

**VIA ECF**
Judge Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    N.W., an infant by her mother and natural Guardian
>        Tunisia Giddings v. Target Corporation
>        Docket No.: 1:22-cv-00048
>        Our File: TARG 576

Dear Honorable Judge Komitee,

Our office represents Defendant Target Corporation in the above-referenced matter.

Please be advised that the parties have reached a settlement agreement in this matter and that there is no need to decide the outstanding motion for summary judgment submitted on October 10, 2023. Since an infant is involved, the plaintiff's attorney will be submitting an Infant's Compromise Order.

Since there is a Confidentiality Agreement in the Release, we will request guidance on the uploading of the documents with the amount of settlement redacted.

Thank you for your attention to this matter

Respectfully submitted,

MOLOD SPITZ & DeSANTIS, P.C.

By:    *Alice Spitz*
        Alice Spitz, Esq.

AS/kb

cc: Marna Berkman, Esq. and Kenneth A. Leitner, Esq. – Attorneys for Plaintiffs -
mberkman@berkmanlaw.com and kleitner@berkmanlaw.com